# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES T. MUNLEY, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:17-CV-0295 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| CAVALRY PORTFOLIO SERVICES, LLC, | : | |
|     Defendant | : | |

## ORDER

**AND NOW, ON THIS 24TH DAY OF FEBRUARY, 2017**, upon consideration of the parties' stipulation to extend time to plead, which states that the parties "agree and stipulate that" Defendant be "given an extension from February 24, 2017 until March 17, 2017 to file a responsive pleading to Plaintiff's Complaint," (Doc. 3), **IT IS HEREBY ORDERED THAT**:

1. The joint request for an extension of time for Defendant to file a responsive pleading to Plaintiff's complaint is **GRANTED**.

2. Defendant shall file a responsive pleading to Plaintiff's complaint, (Doc. 1-1), on or before **March 17, 2017**.

                                                    /s/ William J. Nealon
                                                  **United States District Judge**